IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **INDERJEET BASRA, individually and as Personal Representative for the ESTATE OF ATINDERPAL SINGH; DILSHAAN S. REHAL, by and through his next friend, INDERJEET BASRA,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**ECKLUND LOGISTICS, INC.,**<br><br>**Defendant.** | Case No. 8:16CV83<br><br>ORDER |

This case is before the court on the Stipulated Motion of the parties (#58) to amend certain progression order deadlines. The stipulated motion will be granted.

**IT IS ORDERED:**

1. The deadline for the Plaintiffs' disclosure of expert witnesses is extended to **January 20, 2017.**

2. The deadline for the defendant's disclosure of expert witnesses is extended to **March 3, 2017.**

3. The deadline for the disclosure of rebuttal expert witnesses is extended to **March 10, 2017.**

4. The defendant shall comply with the court's December 22, 2016, Order (#53) ruling on the Plaintiffs' First Motion to Compel Discovery, by producing documents and serving amended responses for receipt by Plaintiffs on or before **January 10, 2017.**

Dated this 4th day of January 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge