# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INDERJEET BASRA, individually and as Personal Representative for the; and DILSHAAN S. REHAL, by and through his;<br><br>Plaintiffs,<br><br>vs.<br><br>ECKLUND LOGISTICS, INC.,<br><br>Defendant. | 8:16CV83<br><br>ORDER |

**IT IS ORDERED:**

1. Plaintiffs' Motion in Limine Regarding Objections, ECF No. 148, to Defendant's Amended Designations of Deposition Testimony is sustained with respect to the following designations:

a. Deposition of Dale Bennett: 10:25, 53:1-14, 54:5-25, 94:9-19, 109:6-20, 116:11-20;

b. Deposition of Cathy Coleman: 10:15-16, 16:1-21, 50:6-23, 64:13-23, 65:2-13;

c. Deposition of Mark Coleman: 6:11-20, 7:5-24, 8:2-18, 8:25-9:13, 11:1-14, 13:21-14:11, 14:15-20, 19:7-20, 23:9-24:8, 24:14-15, 25:1-10, 27:4-25, 28:16-29:8, 30:8-25, *add* 48:15; 59:3-13, 84:15-18, 124:11-125:18, 134:5-19, 140:1-17, 144:15-145:22; 151:9-20, 152:1-9, 159:9-24, 160:6-14, 161:6-11, 170:4-20, 174:2-14, 176:24-177:16, 178:16-179:13, 201:2-18, 203:1-204:12, 207:24-208:25, 209:18-25, 210:7-212:17, 212:23-213:1;

d. Deposition of Freddie Galloway: 19:1, 80:12;

e. Deposition of John Kulogo: 28:3-10;

f. Deposition of Dale Radcliff: 19:1-5, 21:3-19, (*add* 23:24-25), 29:5-15, 30:23-31:6, 54:17-55:20, 56:6-12, 57:5-18;

g. Deposition of Bruce Winn: 73:25-74:4, 74:11-80:14; and

the objections are otherwise overruled;

2. Defendant's Motion in Limine Regarding Objections, ECF No. 154, to Plaintiffs' Second Amended Deposition Designations is sustained with respect to the following designations:

a. Deposition of Dale Bennett: 27:4-28:25, 30:15-31:2;

b. Deposition of Kirk Ecklund, (all);

c. Deposition of Lana Ecklund (all);

d. Deposition of Freddy Galloway: 27:13-15, 29:6-15, 30:1-20, 31:4-32:25, 33:17-36:4, 53:1-54:22, 84:5-87:3, 103:19-104:3, 104:12-16, 152:3-153:8, 171:1-172:3, 173:10-22, 174:1-20, 181:25-183:19, 193:3-16, 194:6-19;

e. Deposition of John Kulogo (all);

f. Deposition of Robert Paffenroth (all);

g. Deposition of Bryan Wroblewski: 25:3-26:5, 27:17-30:8, 31:11-19, 37:10-39:19, 40:21-42:4, 52:24-53:12, 64:5-12, 64:17-67:11, 67:17-69:6;

and the objections are otherwise overruled.

Dated this 10th day of August, 2017

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge