**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **INDERJEET BASRA, individually and as Personal Representative for the estate of Atinderpal Singh; and DILSHAAN S. REHAL, by and through his next friend Inderjeet Basra;**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**ECKLUND LOGISTICS, INC.,**<br><br>**Defendant.** | **8:16CV83**<br><br><br>**ORDER** |

This matter is before the Court on the Motion to Amend Order, ECF No. 209, filed by Defendant Ecklund Logistics, Inc. The Court issued an Order staying execution of the Judgment pending the Court's ruling on Ecklund's Rule 50(b) Motion for Judgment as a Matter of Law or, Alternatively, for a New Trial, ECF No. 208, which required Ecklund to file a supersedeas bond in the amount of $1,237,500 by November 3, 2017. Ecklund now asks the Court to amend its Order to require the supersedeas bond be filed on or before November 17, 2017. Plaintiffs do not oppose Ecklund's Motion. As such, the Court will construe Ecklund's Motion as a motion for an extension of time to file the supersedeas bond and Ecklund will be permitted to file such bond on or before November 17, 2017.

Accordingly,

IT IS ORDERED:

1.    Defendant Ecklund Logistics, Inc.'s, Motion to Amend Order, ECF No. 209, is construed as a motion for an extension of time to file the supersedeas bond;

2.    Defendant Ecklund Logistics, Inc.'s Motion, ECF No. 209,  is granted; and

3.    On or before November 17, 2017, Defendant Ecklund Logistics, Inc., shall file a supersedeas bond, issued by a surety or insurance company with an A.M. Best Rating of A++ or higher, with the Clerk of the Court in the amount of $1,237,500.


Dated this 6th day of November, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge