IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INDERJEET BASRA, individually and as Personal Representative for the estate of Antinderpal Singh; DILSHAAN S. REHAL, by and through his next friend Inderjeet Basra<br><br>Plaintiff,<br><br>vs.<br><br>EXKLUND LOGISTICS, INC.<br><br>Defendant. | Case No: 8:16CV83<br><br>**ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the plaintiff shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

(Plaintiff's exhibit numbers 1, 3, 4, 8, 9, 10, 13, 14-24, 41, 44, 45, 50, 51, 66, 72, 90, 92-118 / Jury Trial / August 15-18, 22-25 and 28, 2017)

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 26th day of December, 2018.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge